```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| HUMAN RIGHTS FOUNDATION,<br><br>   Plaintiff,<br><br> -against-<br><br>DÉJÀ VU DECORS, LLC and BRIAN LONG,<br><br>   Defendants. | 24-mc-388 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J., Part I:

  On August 20, 2024, plaintiff Human Rights Foundation moved to file a new civil action with both redacted and sealed exhibits. <u>See</u> ECF. No. 1. After reviewing plaintiff's originally proposed redactions and sealing, and determining that they were potentially overbroad, the Court granted plaintiff leave to submit a revised order and proposal, which it did on August 22, 2024. The Court now finds sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order that the new action be filed with redacted versions of its supporting exhibits in accordance with plaintiff's revised proposal. <u>See</u> ECF No. 3. Accordingly, the motion made in ECF No. 3 is granted, the motion made in ECF No. 1 is denied as moot, and the Clerk of the Court is respectfully directed to close ECF docket entries 1 and 3.

  SO ORDERED.

New York, NY
8/22, 2024

              _____
              JED S. RAKOFF, U.S.D.J., Part I